In the Matter of the Accounting of JACK RUDERMAN et al., as Executors of MORRIS RUDERMAN, Deceased, Respondents. STATE OF NEW YORK, DEPARTMENT OF MENTAL HYGIENE, Appellant.—

All concur.